IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHIVON BELTRAN, *individually and as Heir at Law to the Estate of Liana Nicole Ramirez, deceased*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-15-DII |
| THE CITY OF AUSTIN, NIKOLAS WARREN, and DANIEL LEVINE, | § § § § | |
| Defendants. | § § | |

## **ORDER**

On January 12, 2024, Plaintiff Shivon Beltran ("Plaintiff") and Defendants City of Austin, Nikolas Warren, and Daniel Levine ("Defendants") dismissed with prejudice all claims asserted by Plaintiff against Defendants in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 75). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on January 17, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE